IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

PAUL J.  FREDERICK,
TAMELA K. FREDERICK,

               Plaintiffs,

v.                                   Civil Action No. 11-CV-1346-EFM-KMH

J.P.MORGAN CHASE BANK, N.A.,

               Defendant.

_____

## STIPULATION FOR ORDER OF DISMISSAL

       Plaintiffs, Paul J. Frederick and Tamela K. Frederick, and Defendant, J.P. Morgan Chase Bank, N.A., stipulate, pursuant to Fed. R. Civ. P. 41, that this action be dismissed with prejudice. The Parties will each bear their own costs. The parties shall submit a proposed order effecting the requested dismissal and request that it be entered without further notice or hearing.


Dated July 13, 2012.


Respectfully submitted by:

___/s/ Emily K. Wilson_____
Emily K. Wilson, #24784
Eron Law Office, P.A.
229 E. William, Suite 100
Wichita, KS 67202
316-262-5500
316-262-5559 (fax)
emily@eronlaw.net
Attorneys for Plaintiffs

AND

BRYAN CAVE LLP

 /s/ Cassandra L. Writz\_\_\_\_
Cassandra L. Writz KS Bar # 23401
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
clwritz@bryancave.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2012, a true and correct copy of the foregoing **Stipulation for Order of Dismissal** was served via the court's CM/ECF system on all parties that receive electronic notice in these proceedings.

/s/ *Elizabeth C. Duncan*\_\_\_\_\_
ELIZABETH C. DUNCAN
Assistant to Emily K. Wilson